IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MIRTILL LEWIS and ELVIRA LEWIS,

                Plaintiff,

-against-

SHAWMUT WOODWORKING & SUPPLY, INC., LENDLEASE (US) CONSTRUCTION LMB INC. and THE NEW YORK AND PRESBYTERIAN HOSPITAL,

                Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) and FRCP 41(a)(1)(C), WITHOUT PREJUDICE, AS TO DEFENDANT SHAWMUT WOODWORKING & SUPPLY, INC. ONLY**

---------------------------------------------------------------x

LENDLEASE (US) CONSTRUCTION LMB INC.

                Third-Party Plaintiff,

-against-

X-CELL INSULATION CORPORATION,

                Third-Party Defendant.

Case No.:
18-cv-08662 (JFK)

---------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant SHAWMUT WOODWORKING & SUPPLY, INC. only, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that all cross-claims and counter-claims by and against the defendant SHAWMUT WOODWORKING & SUPPLY, INC. are voluntary dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(C).

Dated: May 22, 2019

By: Timothy J. Lavin
Ronai & Ronai, LLP
Attorneys for Plaintiffs
The Ronai Building
34 Adee Street
Port Chester, NY 10573

By: Timothy Boyd Parlin
Newman Myers Kreines Gross Harris, P.C.
Attorneys for Defendant
LENDLEASE (US) CONSTRUCTION LMB INC.
40 Wall Street 26th Floor
New York, NY 10005

By: Michael Thomas Reilly
Law Office of Andrea G. Sawyers
Attorneys for Defendant
SHAWMUT WOODWORKING & SUPPLY, INC.
3 Huntington Quadrangle, Suite 102S
Melville, NY 11747

By: Kevin W. O'Reilly
Keller, O'Reilly & Watson, P.C.
Attorneys for Defendant
THE NEW YORK AND PRESBYTERIAN HOSPITAL
242 Crossways Park West
Woodbury, NY 11797

By: William John Goodbody
Milber, Makris, Plousadis & Seiden, LLP (Woodbury)
Attorneys for Third-Party Defendant
X-CELL INSULATION CORPORATION
1000 Woodbury Rd., Ste. 402
Woodbury, NY 11797

So Ordered:

_____
HONORABLE JOHN F. KEENAN

Dated: May 22, 2019

By: Timothy J. Lavin
Ronai & Ronai, LLP
Attorneys for Plaintiffs
The Ronai Building
34 Adee Street
Port Chester, NY 10573

By: Michael Thomas Reilly
Law Office of Andrea G. Sawyers
Attorneys for Defendant
SHAWMUT WOODWORKING & SUPPLY, INC.
3 Huntington Quadrangle, Suite 102S
Melville, NY 11747

By: Timothy Boyd Parlin
Newman Myers Kreines Gross Harris, P.C.
Attorneys for Defendant
LENDLEASE (US) CONSTRUCTION LMB INC.
40 Wall Street 26th Floor
New York, NY 10005

By: Kevin W. O'Reilly
Keller, O'Reilly & Watson, P.C.
Attorneys for Defendant
THE NEW YORK AND PRESBYTERIAN HOSPITAL
242 Crossways Park West
Woodbury, NY 11797

By: ~~William John Goodbody~~ Russell J. McBrearty
Milber, Makris, Plousadis & Seiden, LLP (Woodbury)
Attorneys for Third-Party Defendant
X-CELL INSULATION CORPORATION
1000 Woodbury Rd., Ste. 402
Woodbury, NY 11797

So Ordered:

HONORABLE JOHN F. KEENAN

Dated: May 22, 2019

By: Timothy J. Lavin
Ronai & Ronai, LLP
Attorneys for Plaintiffs
The Ronai Building
34 Adee Street
Port Chester, NY 10573

By: Michael Thomas Reilly
Law Office of Andrea G. Sawyers
Attorneys for Defendant
SHAWMUT WOODWORKING & SUPPLY, INC.
3 Huntington Quadrangle, Suite 102S
Melville, NY 11747

By: Timothy Boyd Parlin
Newman Myers Kreines Gross Harris, P.C.
Attorneys for Defendant
LENDLEASE (US) CONSTRUCTION LMB INC.
40 Wall Street 26th Floor
New York, NY 10005

By: Kevin W. O'Reilly
Keller, O'Reilly & Watson, P.C.
Attorneys for Defendant
THE NEW YORK AND PRESBYTERIAN HOSPITAL
242 Crossways Park West
Woodbury, NY 11797

By: ~~William John Goodbody~~ Russell J. McBrearty
Milber, Makris, Plousadis & Seiden, LLP (Woodbury)
Attorneys for Third-Party Defendant
X-CELL INSULATION CORPORATION
1000 Woodbury Rd., Ste. 402
Woodbury, NY 11797

So Ordered:

Vernon S. Broderick  6/2/2019
United States District Judge