UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIRTILL LEWIS and ELVIRA LEWIS,

                              Plaintiffs,

         - against -                 6/23/2020

LENDLEASE (US) CONSTRUCTION
LMB INC., and THE NEW YORK and
PRESBYTERIAN HOSPITAL,

                             Defendants.
-------------------------------------------------------------X
LENDLEASE (US) CONSTRUCTION
LMB INC.,

                          Third-Party Plaintiff,

         - against -

X-CELL INSULATION CORPORATION,

                        Third-Party Defendant.
-------------------------------------------------------------X

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

No. 18 Civ. 08662 (LJL)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Lendlease (US) Construction LMB Inc. substitutes Joseph J. Rava as attorney of record in place of Charles D. Cole, Jr. Contact information for the new attorney is as follows:

    Firm Name: Marshall Dennehey Warner Coleman & Goggin, P.C.

    Address: Suite 404, 287 Bowman Avenue, Purchase, New York 10577

    Telephone: (914) 977-7311

    E-Mail: jjrava@mdwcg.com

I consent to the above substitution

Dated: 6-11-2020 _____    _____ Ralph J. Esposito
Lendlease (US) Construction LMB Inc.

I consent to the above substitution

Dated: 28 May 2020 _____    _____
Charles D. Cole, Jr.

I consent to the above substitution

Dated: 6-17-2020 _____    _____
Joseph J. Rava

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____    _____
Lewis J. Liman, US.D.J.