```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIRTILL LEWIS and ELVIRA LEWIS,            :
                                            :
                    Plaintiffs,             :
                                            :
        -v-                                 :       18-cv-8662 (LJL)
                                            :
LENDLEASE (US) CONSTRUCTION LMB INC., and  :       ORDER
THE NEW YORK and PRESBYTERIAN HOSPITAL,    :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------------------------X
                                            :
LANDLEASE (US) CONSTRUCTION LMB INC.,      :
                                            :
                    Third-Party Plaintiff,  :
                                            :
        -v-                                 :
                                            :
X-CELL INSULATION CORPORATION,             :
                                            :
                    Third-Party Defendant.  :
                                            :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020

LEWIS J. LIMAN, United States District Judge:

The parties' request for an extension and adjournment is denied without prejudice for failure to establish good cause. *See Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1-*2 (S.D.N.Y. Feb. 24, 2020) (stating the Court's requirements for a movant to make a showing of good cause that the dates set in a scheduling order should be extended).

SO ORDERED.

Dated: September 30, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge