RONAI & RONAI, LLP
ATTORNEYS AT LAW

THE RONAI BUILDING
34 ADEE STREET
PORT CHESTER, NY 10573
TELEPHONE (914) 824-4777

*Plaintiffs' request for a protective order is granted. The Clerk of Court is respectfully directed to seal Dkt. No. 120-2 and to restrict viewing access to the parties and to the Court. Defendants are directed to file a redacted copy of Dkt. No. 120-2 through ECF.*

LEWIS J. LIMAN
United States District Judge
4/20/2021

April 15, 2021

**VIA ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Mirtill Lewis and Elvira Lewis v. Lendlease (US) Construction Lmb Inc. et al.
      Case No.: 1:18-cv-08662-LJL

Your Honor:

We represent plaintiffs Mirtill Lewis and Elvira Lewis in the above referenced matter.

Please consider this as a letter motion to strike from the docket, or in the alternative, for a protective order pursuant to FRCP 5.2(e)(2) – to prohibit a nonparty's remote electronic access to Mirtill Lewis' driver's license, that was just filed by defense counsel – as it was filed without redacting personal and confidential information. [DE 120-2]

Further, FRCP 5(d)(1)(a) specifically states that "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission. Here the Rule 26(a)(1) disclosure filed by Defendant Lendlease was not ordered by the Court and is not presently being used in the proceeding. Thus, said disclosure should be stricken from the docket.

Thank you for your consideration of our request.

Respectfully,

Holly Ostrov Ronai (HO3923)

Cc: all parties via ECF