USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
MIRTILL LEWIS and ELVIRA LEWIS,

    Plaintiffs,

 -v-                18-cv-8662 (LJL)

LENDLEASE (US) CONSTRUCTION LMB INC., and  ORDER
THE NEW YORK and PRESBYTERIAN HOSPITAL,

    Defendants.
-----------------------------------------------------------------------X
LENDLEASE (US) CONSTRUCTION LMB INC.,

    Third-Party Plaintiff,

 -v-

X-CELL INSULATION CORPORATION,

    Third-Party Defendant.
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  The Court held a status conference in this case on June 30, 2021. At the conference, the Court set the following schedule. Plaintiffs' motion for summary judgment shall be filed by August 12, 2021. Defendants shall file cross-motions and motions with respect to indemnity by August 26, 2021. Plaintiffs shall file their reply brief in further support of their summary judgment motion and in opposition to any cross-motions or motions related to indemnity by September 10, 2021. Any further reply briefs shall be filed by September 17, 2021.

  SO ORDERED.

Dated: July 20, 2021
   New York, New York           LEWIS J. LIMAN
                    United States District Judge