UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MIRTILL LEWIS and ELVIRA LEWIS,

        Plaintiffs,

-v-                                                18-cv-8662 (LJL)

LENDLEASE (US) CONSTRUCTION LMB INC., and   ORDER
THE NEW YORK AND PRESBYTERIAN HOSPITAL,

        Defendants.

---

LENDLEASE (US) CONSTRUCTION LMB INC.,

        Third-Party Plaintiff,

-v-

X-CELL INSULATION CORPORATION,

        Third-Party Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2022

LEWIS J. LIMAN, United States District Judge:

    The Court has resolved the pending motions for summary judgment in this case and has determined that triable issues of fact remain.

    It is hereby ORDERED that a jury trial in this matter shall proceed at 9:00 a.m. on June 2, 2022 in Courtroom 15C of the 500 Pearl Street Courthouse.  The Court will hold a final pre-trial conference on May 26, 2022 at 2:00 p.m. in Courtroom 15C.  The parties are directed to jointly submit a proposed final pre-trial order on or before May 16, 2022.

    SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                        LEWIS J. LIMAN
                                            United States District Judge